# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135095 (35)

PARNELL SEATON-EL, #159030

     Plaintiff-Appellant,

v

                                         SC: 135095

                                         CoA: 276335

DEPARTMENT OF CORRECTIONS

     Defendant-Appellee.

_____

     On order of the Chief Justice, the motion for reconsideration of the order of October 19, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2007

Clerk